IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL P. BARONE SR. and GERTRUDE P. BARONE, | § § § | No. 63, 2014 |
| Plaintiffs-Below, Appellants, | § § § § | Court Below: Superior Court of the State of Delaware |
| v. | § § | in and for New Castle County |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | § § § | C.A. No. N13C-01-131 MJB |
| Defendant-Below, Appellee. | § § § § | |

Submitted: October 29, 2014
Decided: October 30, 2014

Before **STRINE**, Chief Justice, **RIDGELY** and **VALIHURA**, Justices.

### O R D E R

This 30th day of October 2014, the Court has considered the arguments of the appellants that the Superior Court improperly entered summary judgment against them and improperly denied their motion for reargument. The Court finds that the appellants' arguments lack merit. The judgment of the Superior Court is AFFIRMED on the basis of its decisions of September 18, 2013, and January 29, 2014. IT IS SO ORDERED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice